IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

REGINALD MCGILL, )
)
Petitioner, ) NO. 3:08-00457
) JUDGE HAYNES
v. )
)
FLORA HOLLAND, Warden, )
)
Respondent. )

## ORDER

Based upon the Petitioner's response (Docket Entry No. 29), this action is **ADMINISTRATIVELY CLOSED** to allow Petitioner to exhaust his state remedies. The Respondent's motion to dismiss (Docket Entry No.20) is **DENIED as moot**. This action may be reopened on motion of either party.

It is so **ORDERED**.

**ENTERED** this the _1st_ day of July, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge